Slip Op. 20-107

# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **YAMA RIBBONS AND BOWS CO.,**<br><br>       Plaintiff,<br><br>       v.<br><br>**UNITED STATES,**<br><br>       Defendant,<br><br>       and<br><br>**BERWICK OFFRAY, LLC,**<br><br>       Defendant-Intervenor. | Before: Timothy C. Stanceu, Chief Judge<br><br>Court No. 18-00054 |

## JUDGMENT

Before the court are the Final Results of Redetermination Pursuant to Court Remand (Feb. 21, 2020), ECF No. 37-1 (the "Remand Redetermination"), submitted by the International Trade Administration, U.S. Department of Commerce, in response to the order of this court in *Yama Ribbons and Bows Co. v. United States*, 43 CIT __, 419 F. Supp. 3d 1341 (2019) ("*Yama*"). Also before the court are letters by plaintiff (Apr. 1, 2020), ECF No. 42, and defendant-intervenor (Apr. 1, 2020), ECF No. 41, which state that the parties have no comments on, and raise no objections to, the Remand Redetermination. Upon review, the court concludes that the Remand Redetermination complies with the court's order in *Yama* and that, no party having objected, the Remand Redetermination should be sustained.

Therefore, upon consideration of the Remand Redetermination and all papers and proceedings had herein, and upon due deliberation, it is hereby

      **ORDERED** that the Remand Redetermination be, and hereby is, sustained; and it is further

      **ORDERED** that the entries at issue in this litigation shall be liquidated in accordance with the final court decision in this action.

                                      /s/Timothy C. Stanceu
                                       Timothy C. Stanceu, Chief Judge

Dated: July 31, 2020
        New York, New York